NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

     v.                                                 Case No. 2:20-cr-112-1, 2, 3

Jayquan Flintroy, Dante Flowers, Jr.,
Dante Flowers, Sr.

TAKE NOTICE that the above-entitled case has been scheduled at 09:30 a.m. on Monday, March 27, 2023 in Burlington, Vermont, before Honorable Christina Reiss, District Judge, for a Jury Draw. Trial will commence immediately after Jury Draw and will be held daily, from 9:00 a.m. until 4:30 p.m., through April 7, 2023.

Location: Courtroom 510                                       JEFFREY S. EATON, Clerk
                                                                        By: */s/ Jennifer B. Ruddy*
                                                                        Deputy Clerk
                                                                        12/14/2022

TO:

Wendy L. Fuller, AUSA

Robert L. Sussman, Esq.
Mark Oettinger, Esq.
Robert Behrens, Esq.

Johanna Masse, Court Reporter

\*\*PLEASE NOTIFY CHAMBERS OF CHANGES OF PLEA AS SOON AS POSSIBLE IN CASES THAT SETTLE.

\*\*\*ALL COUNSEL ARE DIRECTED TO CONTACT THE COURTROOM DEPUTY OR VISIT THE COURT'S WEBSITE AT www.vtd.uscourts.gov FOR TRIAL PREPARATION PROCEDURES INCLUDING THE PRE-MARKING OF EXHIBITS, JURY DRAW PROCEDURES.

\*\*\*CONTACT KATHLEEN CARTER, JURY ADMINISTRATOR, FOR COPIES OF THE JURY QUESTIONNAIRES AT (802) 951-6395 EXT. 110