UNITED STATES DISTRICT COURT

DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2023 MAR 14  AM 10: 17

BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No.: 2:20-CR-112 |
| ) | |
| DANTE FLOWERS Jr. a.k.a. Fresh, ) | |
| Defendant ) | |

## INFORMATION

The United States Attorney charges:

### COUNT 1

From between in or about January 2020 through in or about November 2020, in the District of Vermont and elsewhere, the defendant, DANTE FLOWERS Jr. a.k.a. Fresh, knowingly and willfully conspired with Dante Flowers Sr. a.k.a. Pops, Jayquan Flintroy a.k.a. Jay and others, known and unknown to the United States Attorney, to distribute fentanyl, a schedule II controlled substance and cocaine base, a schedule II controlled substance.

(21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(C))

1

## COUNT 2

In or about the Fall of 2020, in the District of Vermont, defendant DANTE FLOWERS Jr. a.k.a. Fresh, knowingly used and carried firearms during and in relation to a drug trafficking crime for which he may be prosecuted in a Court of the United States, that is, conspiracy to distribute controlled substances as charged in Count 1.

(18 U.S.C. § 924(c)(1)(A)(i))

_____ (WLF) for
NIKOLAS P. KEREST
United States Attorney
Burlington, Vermont
March 14, 2023