# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

    v.                                            Case No. 2:20-cr-112-2

Dante Flowers, Jr.

TAKE NOTICE that the above-entitled case has been rescheduled at 10:00 a.m. on Tuesday, July 18, 2023 in Burlington, Vermont, before Honorable Christina Reiss, District Judge, for a Sentencing

| | |
|---|---|
| Location: Courtroom 510 | JEFFREY S. EATON, Clerk |
| Rescheduled from: 6/30/2023 | By: */s/ Jennifer B. Ruddy* |
| | Deputy Clerk |
| | 5/2/2023 |

TO:

Wendy L. Fuller, AUSA
Nicole Cate, AUDSA

Mark D. Oettinger, Esq.

Johanna Masse, Court Reporter