SECOND REVISED NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

    v.                                                Case No. 2:20-cr-112-2

Dante Flowers, Jr.


TAKE NOTICE that the above-entitled case has been rescheduled at 01:30 p.m. on Tuesday, October 17, 2023 in Burlington, Vermont, before Honorable Christina Reiss, District Judge, for a Sentencing.

| | |
|---|---|
| Location: Courtroom 510 | JEFFREY S. EATON, Clerk |
| *RESCHEDULED FROM 7/18/2023 at 10 a.m.* | By: */s/ Jennifer B. Ruddy*<br>Deputy Clerk<br>7/21/2023 |

TO:

Wendy L. Fuller, AUSA
Nicole Cate, AUSA

Mark D. Oettinger, Esq.

Johanna Masse, Court Reporter

*The court has allotted up to two (2) hours for this hearing. Please contact the court if you anticipate you need more time.*