USDC-VT Waiver of Appearance (not arraignment) 4/2020

# UNITED STATES DISTRICT COURT
## for the
## District of Vermont

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No. 2:20-cr-112-2 |
| Dante Flowers, Jr. | ) |

## WAIVER OF APPEARANCE

NOW COMES the defendant, by and through counsel, and consents to waive appearance in the _____Restitution_____ hearing, scheduled on Dec 19, 2023 at 1:30 PM ☐am ☑pm in ☑Burlington or ☐Rutland, Vermont. *See* Fed. R. Crim. P. 43. and U.S. District Court, District of Vermont General Order No. 88.

Defendant is aware of his/her right to be present, and his/her right to communicate with counsel at this courtroom proceeding. This waiver informs the court that having the right to be present, defendant knowingly, intelligently, and voluntarily gives up that right and hereby represents to the court that defendant is satisfied his/her lawyer will represent him/her and his/her interests at this hearing.

Oct/30/23
Date

_____
Defendant

Oct. 30, 2023
Date

_____
Counsel for Defendant

*The defendant's request to waive appearance at the hearing above is hereby APPROVED.*

12/19/23
Date

_____
United States District/~~Magistrate~~ Judge